PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for ALICIA POOL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA POOL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | **CASE NO.:   2:16-CV-01889-EFB**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of February 13, 2017.  In addition to five motion summary judgments I had eleven hearings last month and fourteen hearings this month. The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1  This is the 1st request for extension by plaintiff.

2

3  Dated: 1/4/17                                             /s/ *Peter Brixie*
                                                            PETER BRIXIE
4                                                           Attorney at Law
                                                            Attorney for Plaintiff
5

6

7  Dated: 1/4/17                                             /s/ *Jeffery Chen*
                                                            JEFFERY T. CHEN
                                                            Special Assistant U. S. Attorney
8                                                           Attorney for Defendant

9

10                                  __ooo__

11                          APPROVED AND SO ORDERED

12
   Dated:  January 17, 2017.
13
                                     [signature: Edmund F. Brennan]
14                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28
   STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION