PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for ALICIA POOL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA POOL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant | **CASE NO.:   2:16-CV-01889-EFB**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of March 13, 2017.  I have two other motion summary judgments due on the same day as well as six hearings this month. The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

This is the 2nd request for extension by plaintiff.

Dated: 02/08/17                         /s/ *Peter Brixie*
                                        PETER BRIXIE
                                        Attorney at Law
                                        Attorney for Plaintiff


Dated: 02/08/17                         /s/ *Jeffery Chen*
                                        JEFFERY T. CHEN
                                        Special Assistant U. S. Attorney
                                        Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED

Dated:  February 9, 2017.               _____
                                        EDMUND F. BRENNAN
                                        United States Magistrate Judge

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION